FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUN 11 2014
By: _____, Clerk
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD ANTHONY BARMORE, | |
| Movant | CRIMINAL ACTION FILE NO. |
| v. | 1:92-CR-11-1-ODE-JSA |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE NO. |
| Respondent | 1:13-CV-3791-ODE-JSA |

## ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed May 1, 2014 ("R&R") [Doc. 186]. No objections have been filed.

In the R&R, the Magistrate Judge recommends that the Government's motion to dismiss be granted, that Movant's § 2255 motion be dismissed for lack of jurisdiction, and that a certificate of appealability be denied. Specifically, the Magistrate Judge found that the instant § 2255 is Movant's third such motion before this Court and there is no indication Movant has obtained authorization from the United States Court of Appeals for the Eleventh Circuit allowing him to file a second or successive § 2255 motion, much less a third one.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, the Government's motion to dismiss [Doc. 182] is GRANTED, Movant's § 2255 motion [Doc. 174] is DISMISSED for lack of jurisdiction, and a Certificate of Appealability is DENIED.

SO ORDERED, this \_\_11\_\_ day of June, 2014.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE